UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JHEROME HIGUERA,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>RAYMOND MADDEN, Warden,<br><br>　　　　　Respondent. | No. CV 17-8614-FMO (PLA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the petition in this action is dismissed without prejudice for failure to exhaust and/or for failure to prosecute and to follow court orders.

DATED: February 27, 2018

/s/
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE